UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-157 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Brian Burns, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brian Burns</u>  Case <u>2:07-cr-157 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   Unsecured bond in the amount of $50,000

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/21/07</u>  at  <u>9:45 a.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge